In the Matter of the Estate of GUIDO PERNISI, Deceased.   ROMANO PERNISI, as Administrator of the Estate of GUIDO PERNISI, Deceased, Appellant; FRONIA MAHAR, Respondent.

Submitted July 8, 1955; decided July 8, 1955.

*Donald N. Salvetti* for motion.

No one opposed.

Motion granted and Donald N. Salvetti, Esq., 2023 Milton Avenue, Solvay, New York, assigned as counsel to appellant Pernisi.